No. 61, Misc.  WELLS *v.* CALIFORNIA.  C. A. 9th Cir. Certiorari denied.  THE CHIEF JUSTICE took no part in the consideration or decision of this application.  *Charles R. Garry* and *Philip C. Wilkins* for petitioner.

No. 67, Misc.  BRAASCH ET AL. *v.* UTAH.  Supreme Court of Utah.  Certiorari denied.  MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted.

OCTOBER 26, 1953.

No. 383.  BARLOW ET AL. *v.* A. P. SMITH MANUFACTURING CO. ET AL.  Appeal from the Supreme Court of New Jersey.  *Per Curiam:* The appeal is dismissed for the want of a substantial federal question.  *Adolf A. Berle, Jr.* for appellants.  *Theodore D. Parsons,* Attorney General of New Jersey, and *Thomas P. Cook,* Deputy Attorney General, for Parsons, appellee.

No. 412.  ILLINOIS EX REL. SANKSTONE *v.* JARECKI, JUDGE OF THE COUNTY COURT OF COOK COUNTY, ET AL. Appeal from the United States District Court for the Northern District of Illinois.  *Per Curiam:* The motions to dismiss are granted and the appeal is dismissed for the want of a substantial federal question.  *Frank Michels* for appellant.  *Latham Castle,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for Carpentier et al.; and *Bernard J. Korzen, Gordon Nash, Vincent P. Flood* and *James C. Murray* for Holzman et al., appellees.